UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **PATRICIA SERROS,** | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | |
| **FRANK BISIGNANO,** | § | EP-24-CV-00332-DCG-MAT |
| *Commissioner of the Social Security Administration*,[1] | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58, and for the reasons set forth in the Court's "Order Accepting Report and Recommendation" (ECF No. 13), the Court enters the following **FINAL JUDGMENT**:

The Court **AFFIRMS** the Commissioner of the Social Security Administration's decision to deny Plaintiff Patricia Serros's claim for disability insurance benefits.

The Court **CLOSES** the above-captioned case.

**So ORDERED and SIGNED this 24th day of September 2025.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

---

[1] The Court has automatically substituted Commissioner Bisignano in Former Commissioner Martin O'Malley's place as the named Defendant in this suit. *See* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity . . . ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name . . . .").